IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SAMANTHA HENNESSY and MORGAN WILLIS,<br><br>           Plaintiffs,<br><br>vs.<br><br>MID-AMERICA APARTMENT COMMUNITIES, INC. & MID-AMERICA APARTMENTS, LP, jointly doing business as MAA & RESIDENCES AT BURLINGTON CREEK,<br>           Defendant. | Case No: 4:17-cv-00872-BCW |

## MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

  Plaintiffs and Class Representatives Samantha Hennessy and Morgan Willis, through undersigned Class Counsel, respectfully move for an Order of final approval of the class action settlement. The Court preliminarily approved the class action settlement on November 28, 2018 (ECF No. 30). For the reasons outlined in Plaintiffs' concurrently filed Suggestions in Support, final approval of the class action settlement should be granted.

  ACCORDINGLY, Plaintiffs respectfully move the Court to enter an Order granting final approval of the Class Action Settlement.

                    Respectfully Submitted,

                    /s/ A.J. Stecklein
                    A.J. Stecklein #46663
                    Michael H. Rapp #66688
                    Stecklein & Rapp Chartered
                    748 Ann Ave
                    Kansas City, KS 66101
                    Telephone: (913) 371-0727
                    Facsimile: (913) 371-0727
                    aj@kcconsumerlawyer.com
                    mr@kcconsumerlayer.com

-*and*-

Keith J. Keogh (*pro hac vice*)
Amy L. Wells (*pro hac vice*)
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
Tel: 312-726-1092
keith@keoghlaw.com
awells@keoghlaw.com

*Class Counsel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served it on all parties.

s/ A.J. Stecklein
Class Counsel